MARGARETTA F. JOHNSON et al., Appellants, *v.* GODFREY
HEISER, Respondent.

(Argued December 7, 1880; decided December 14, 1880.)

*O. O. Cottle* for appellants.

*Wm. H. Gurney* for respondents.

AGREE to affirm on opinion of BECKWITH, J., in court
below.
All concur.
Judgment affirmed.

---

MARY E. PATTON, Appellant, *v.* LEONARD H. GILES, Survivor,
etc., Respondent.

(Argued December 7, 1880; decided December 14, 1880.)

*William B. French* for appellant.

*Edgar L. Furzman* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.